UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL SAMUEL JOHNSON,

Petitioner,

v.

CSATF WARDEN,

Respondent.

Case No. 25-cv-09470-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On November 3, 2025, petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day the action was filed the Court sent a notification to petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* application. The Clerk of the Court sent petitioner a blank *in forma pauperis* application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed.

More than twenty-eight days have passed and petitioner has neither paid the filing fee nor returned the *in forma pauperis* application.

IT IS HEREBY ORDERED THAT this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated:   March 25, 2026

JUDGE YVONNE GONZALEZ ROGERS
United States District Judge